

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable William J. Tucker
Game, Fish and Oyster Commission
Austin, Texas

Dear Mr. Tucker:          Opinion No. O-6294

> Re: Authority of the Governor of
> Oklahoma to appoint a commission-
> er to meet with a commissioner
> from Texas to enter into negotia-
> tions concerning a compact to be
> later approved by the Legislatures.

We have your inquiry for a legal opinion of this de-
partment as follows:

"In Opinion O-4942 you gave us certain advice
in reference to a proposed compact between the
States of Texas and Oklahoma for control of fish-
ing and hunting in Red River Reservoir.

"The Oklahoma legislature is not in session at
this time. Without an act or resolution on the
part of the Oklahoma legislature, would the Governor
of the State have authority to appoint a commission-
er or commissioners to meet with a commissioner or
commissioners from the State of Texas to enter into
negotiations looking toward formation of a compact
to later be approved by the legislatures of Texas
and Oklahoma and the United States?"

We beg to advise, as you were advised in Opinion
No. O-4942, that the Legislatures of Oklahoma and Texas
could lawfully enter into such a compact as was therein sug-
gested with reference to fishing and hunting in those areas
of the states inundated by the waters of Denison Dam, but
we are not advised as to whether or not the Governor of Okla-
homa could appoint a commissioner to negotiate with a com-
missioner from Texas to formulate such a compact. No doubt

COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION

a compact however formulated could subsequently be approved by the Legislatures of Oklahoma and Texas.

APPROVED APR 24, 1943

FIRST ASSISTANT
ATTORNEY GENERAL

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN